HENRY L. DYER, as Surviving Trustee under the Will of GEORGE JONES, Deceased, Respondent, *v.* MARY O. SILKMAN, Individually and as Executrix and Trustee under the Will of THEODORE H. SILKMAN, Deceased, et al., Defendants, and KATHERINE M. NOLAN, Appellant.

*Dyer* v. *Nolan*, 185 App. Div. 893, appeal dismissed.

(Submitted November 17, 1919; decided November 25, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 31, 1918, reversing a judgment in favor of defendant, appellant, entered upon a decision of the court on trial at Special Term and directing judgment in favor of plaintiff.

The motion was made upon the ground that the questions involved had become moot and academic.

*Winthrop A. Wilson* for motion.

*Gerald Nolan* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.